August 28, 2009

Mr. Bill Davis
Office of the Attorney General of Texas
Office of Solicitor General
PO Box 12548 (MC 059)
Austin, TX 78711-2548
Mr. Richard E. Zayas
Zayas & Hernandez, P.C.
3100 E. 14th Street
Brownsville, TX 78521

RE: Case Number: 07-1030
 Court of Appeals Number: 13-07-00004-CV
 Trial Court Number: 2004-05-2615-D

Style: TEXAS DEPARTMENT OF TRANSPORTATION
 v.
 SERGIO GARCIA

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Jessica Hamby, Deputy Clerk
Enclosure
|cc:|Ms. Cathy Wilborn |
| |Ms. Aurora De La |
| |Garza |